Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

ADR

Filed
APR 0 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

Plaintiff,

vs.

SCEA, Microsoft,
NoA, etc.,

Defendant.

CASE NO. CV10-01480 HRL

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Erik Estavillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or      Yes ___ No _X_
8 |          self employment?

9 |     b. Income from stocks, bonds,      Yes ___ No _X_
10 |          or royalties?

11 |     c. Rent payments?      Yes ___ No _X_

12 |     d. Pensions, annuities, or      Yes ___ No _X_
13 |          life insurance payments?

14 |     e. Federal or State welfare payments,      Yes _X_ No ___
15 |          Social Security or other govern-
16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 |      SSA - $600     SSI - $200

20 | _____

21 | 3. Are you married?      Yes ___ No _X_

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a. List amount you contribute to your spouse's support:$ _____

27 |     b. List the persons other than your spouse who are dependent upon you for support

28 |          and indicate how much you contribute toward their support. (NOTE: For minor

-2-

| | |
|---|---|
| 1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.) |
| 2 | _____ |
| 3 | _____ |
| 4 | 5. Do you own or are you buying a home?   Yes ____  No _X_ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6. Do you own an automobile?   Yes _X_  No ____ |
| 7 | Make __Acura__  Year __1998__  Model __Integra__ |
| 8 | Is it financed? Yes ____  No _X_  If so, Total due: $_____ |
| 9 | Monthly Payment: $_____ |
| 10 | 7. Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: _____ |
| 12 | _____ |
| 13 | Present balance(s): $_____ |
| 14 | Do you own any cash?  Yes ____ No _X_  Amount: $_____ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 16 | market value.)    Yes ____ No _X_ |
| 17 | _____ |
| 18 | 8. What are your monthly expenses? |
| 19 | Rent: $ __300__   Utilities: __50__ |
| 20 | Food: $ __200__   Clothing: __Ø__ |
| 21 | Charge Accounts: |

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Discover | $ 180 | $ 5,500 |
| Chase | $ 200 | $ 7,700 |
| Chase | $ 150 | $ 2,700 |

| | |
|---|---|
| 26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom |
| 27 | they are payable. Do not include account numbers.) |
| 28 | __Shell and Venue Credit Debts__ |

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_4-7-2010_                                      _[signature]_

DATE                                             SIGNATURE OF APPLICANT