Dear Honorable Judge Lloyd,

1.) I, the plaintiff, would like to drop attached case # CV10-01480 for health reasons.

2.) This case is the only open case by the plaintiff, Erik Estavillo. The plaintiff also requests that the court prevent Estavillo from filing any more state or federal cases without his doctors' approval; that being his psychologist Dr. Finer or his psychiatrist Dr. Shin.

3.) The plaintiff has obsessive-compulsive disorder & is taking "Seroquel", an anti-bipolar medicine. Please grant these requests. Thank you.

Erik Estavillo

FILED
2010 APR 12 A 10:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE