**United States District Court**
For the Northern District of California

1

2                                                    **\*E-FILED 04-13-2010\***

3

4

5

6

7                          NOT FOR CITATION

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11   ERIK ESTAVILLO,                        No. C10-01480 HRL

12            Plaintiff,                    **ORDER RE PLAINTIFF'S REQUEST
                                            FOR DISMISSAL**
       v.
13
     SONY COMPUTER ENTERTAINMENT
14   AMERICA, et al.,

15            Defendants.
                                          /
16

17        On April 12, 2010, plaintiff filed a letter requesting that the instant action be dismissed.

18   The court construes the motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P.

19   41(a)(1)(A)(i).  The Clerk of the Court may close the file.

20   Dated:    April 13, 2010

21   _____
     HOWARD R. LLOYD
22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

1    5:10-cv-01480-HRL Notice mailed to:

2    Erik Estavillo
     3284 Cortese Circle
3    San Jose, CA 95127

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California