**United States District Court**
For the Northern District of California

**\*E-FILED 04-13-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO, | No. C10-01480 HRL |
| Plaintiff, | **ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL** |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, et al., | |
| Defendants. | |

On April 12, 2010, plaintiff filed a letter requesting that the instant action be dismissed. The court construes the motion as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court may close the file.

Dated:   April 13, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-01480-HRL Notice mailed to:

2  Erik Estavillo
   3284 Cortese Circle
3  San Jose, CA 95127

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28